# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0593.  JOSEPH GUTHRIE et al. v. TRIO LEASING, LLC.

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling in that court, defendants David Guthrie and Joseph Guthrie appealed to the state court, which issued a writ of possession in October 2018.  The defendants filed a motion to "vacate and set aside" the state court's judgment, as well as a series of notices of appeal.  In a single order entered in February 2019, the state court denied David Guthrie's motion to vacate and granted the plaintiff's motion to dismiss Guthrie's notices of appeal.  The defendants subsequently filed a motion to "vacate and set aside" the February 2019 order, which the trial court denied.  Guthrie then filed a direct appeal, which we dismissed for lack of jurisdiction.  See Case No. A19A1886, dismissed May 16, 2019.  On August 26, 2019, the trial court granted the plaintiff a second writ of possession.  The defendants appeal from that order.  We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Pretermitting whether an application for discretionary review also was required here under § 5-6-35 (a) (3) (under which an appeal from an order involving a dispossessory warrant in which the only issue to be resolved is rent due and the amount is less than $2,500), Guthrie's failure to file an application deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Strachan*, 216 Ga. App. at 82.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/12/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*